IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ANDREW XAVIER SALERY,        )
                             )
     Petitioner,             )
                             )      CIVIL ACTION NO.
     v.                      )        2:16cv992-MHT
                             )            (WO)
UNITED STATES OF AMERICA,    )
                             )
     Respondent.             )
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court:

    (1) The United States Magistrate Judge's recommendation (doc. no. 3) is adopted.

    (2) The petition for writ of habeas corpus (doc. no. 1) is denied without prejudice.

It is further ORDERED that no costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**This case is closed.**

**DONE, this the 23rd day of January, 2017.**

                                        /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**